## Magnotta Unemployment Compensation Case.

Argued September 13, 1968. *Frank Magnotta,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.